```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ADAM BERK, individually, and as an assignee,

                  Plaintiff              06 Civ. 2716 (LLS)
                                         Opinion and Order
          v.

MOORE, CLAYTON & CO., INC., and its
subsidiary, MCC FIANCIAL SERVICES,

                  Defendants.
------------------------------------------x
```

At the parties' request, and just cause appearing, the dates set forth in the January 26, 2007 Scheduling Order are each extended by ninety days.

The final pre-trial conference will be held on Friday, November 30, 2007 at 12:00 noon.

So ordered.

DATED:   New York, New York
         June 27, 2007

                                         _____
                                         LOUIS L. STANTON
                                              U.S.D.J.

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/07