ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-20-09
```

-------------------------------------------------X

ADAM BERK,

                              Plaintiff,   :

        -against-                        :   06 Civ. 2716 (LLS)

MOORE, CLAYTON & CO., INC.              :      **ORDER**

                            Defendant.  :

-------------------------------------------------X

       The parties having settled all of the issues in this action by mediation, the Clerk will close the case.

    So ordered.

DATED:  New York, New York
          April 20, 2009

                                          _Louis L. Stanton_
                                          LOUIS L. STANTON
                                            U. S. D. J.