ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
ADAM BERK, individually, and as an
assignee and BETTY BAYLOR, as
intervenor,

                Plaintiffs,        06 Civ. 2716 (LLS)

      - against -                 ORDER

MOORE, CLAYTON & CO., INC., and its
subsidiary, MCC FINANCIAL SERVICES,

                Defendants.
- - - - - - - - - - - - - - - - - - - -X

     Defendants' counsel Sichenzia Ross Friedman Ference LLP having, as instructed by their clients, offered no opposition to the Court's May 21, 2009 Order to Show Cause, and the Court having this day directed that judgments be entered against defendants and in favor of plaintiffs, the application of Sichenzia Ross Friedman Ference LLP to withdraw as counsel of record for defendants in this action is approved.

     So ordered.

Dated: New York, New York
       June 8, 2009

                                          Louis L. Stanton
                                          LOUIS L. STANTON
                                             U.S.D.J.