**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**ADAM BERK, individually, and as an assignee and BETTY BAYLOR, as intervenor,**



                           Plaintiffs,           **06 CIVIL 2716(LLS)**
-V-           **AMENDED JUDGMENT**

**MOORE, CLAYTON & CO., INC., and its subsidiary, MCC FINANCIAL SERVICES,**
                          Defendants.
-----------------------------------------------------------X

      Whereas, the above plaintiffs having served on defendants applications to enforce the terms of settlement agreements they had made with defendants, defendants not having responded, the matter having come before the Honorable Louis L Stanton, United States District Judge, who on June 8, 2009, having issued his Order for Entry of Judgment, directing the Clerk to enter judgment in favor of plaintiff Adam Berk and against the defendants, jointly and severely, in the amount of $60,000, and that Mr Berk have execution therefor, and in favor of Betty Baylor and against defendants, jointly and severally, in the amount of $7,500, and that Ms. Baylor have execution therefor, with post-judgment interest to plaintiffs pursuant to 28 USC Sec. 1961(a), it is,

      **ORDERED, ADJUDGED AND DECREED**, that for the reasons stated in the Court's Order for Entry of Judgment, dated June 8, 2009, judgment is entered: (1) in favor of plaintiff Adam Berk and against defendants, jointly and severally, in the amount of $ 60,000, and that Mr Berk have execution therefor, and (2) in favor of plaintiff Betty Baylor and against defendants, jointly and severally, in the amount of $7,500, and that Ms. Baylor have execution therefor, with post-judgment interest to plaintiffs pursuant to 28 USC Sec. 1961(a).

**DATED: NEW YORK, NY**
      **June 10, 2009**

                                              **J. Michael McMahon**
                                                               Clerk

                                                          (By) Deputy Clerk